IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-2477-DDD-KAS

ALEXANDRA BARBOUR, et al.,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, a Colorado municipal corporation,

    Defendant.

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT DISMISSAL PAPERS

Defendant the City and County of Denver, by and through its undersigned counsel, hereby respectfully submits this Unopposed Motion to Extend Deadline to Submit Dismissal Papers, as follows:

1. <u>Certificate of Conferral</u>:  Prior to filing the instant Motion, the undersigned conferred with counsel for the Plaintiffs, Danielle C. Beem, Esq., pursuant to D.C.Colo.LCiv.R. 7.1(a). Ms. Beem indicated Plaintiffs do not oppose this Motion.

2. This Court's Minute Entry for Settlement dated November 22, 2024, set a deadline of January 31, 2025, for the parties to file their dismissal papers.  [ECF 130]. Defendant respectfully requests an extension of this deadline until February 14, 2025.

3. The settlement of this matter was approved by the City Council of the City and County of Denver on January 27, 2025.  The final step in the settlement is for the City to issue appropriate settlement checks to each Plaintiff.  The undersigned counsel

understands this will occur sometime the week of February 3-7, 2025. As a result, to allow counsel for the Plaintiffs the opportunity to receive the settlement checks before the parties file their dismissal papers, Defendant requests an extension until February 14, 2025, to do so.

4. Pursuant to D.C.Colo.LCiv.R. 6.1(c), the undersigned counsel certifies he has served this Motion on his client.

WHEREFORE, for all the foregoing reasons, Defendant City and County of Denver respectfully requests this Court extend the deadline for the parties to submit their dismissal papers until and including February 14, 2025, and for such other and further relief as the Court deems proper and just.

Dated this 28th day of January, 2025.

Respectfully submitted,

*/s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone: 303-628-3300
Fax: 303-628-3368
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANT
CITY AND COUNTY OF DENVER**

2

## CERTIFICATE OF SERVICE (CM/ECF)

     I HEREBY CERTIFY that on the 28th day of January, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Clifford L. Beem, Esq.
clbeem@beemlaw.net

A. Mark Isley, Esq.
amisley@beemlaw.net

Danielle C. Beem, Esq.
dcbeem@beemlaw.net

S. Birk Baumgartner, Esq.
birk@baumgartnerlaw.com

Daniel C. Mossinghoff, Esq.
daniel@baumgartnerlaw.com

and served the following non-CM/ECF participant via electronic mail:

Ashley Kelliher, Esq.

                                                         */s/ Elizabeth Miller*
                                                         Elizabeth Miller, Legal Assistant